IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONNELL FLOURNOY, ) | |
| # 126385, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:11-CV-522-WKW |
| ) | |
| WARDEN McSWAIN- ) | |
| HOLLAND, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On July 15, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 36). Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 8th day of August, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT COURT